IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GOODWILL INDUSTRIES INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) No. 1:09cv1364(LO/TCB) |
| v. | ) ) ) |
| CYBER2MEDIA, INC., et al., | ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Goodwill Industries International, Inc. voluntarily dismisses this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this voluntary dismissal is without prejudice. Each party shall remain responsible for its own fees and costs.

Dated: January 14, 2010         Respectfully submitted,

**GOODWILL INDUSTRIES INTERNATIONAL, INC.**

By:   /s/ Rebecca L. Saitta
Rebecca Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102
Telephone 703-905-2800
Fax 703-905-2820
rsaitta@wileyrein.com

Attorney for Plaintiff

Of Counsel:

Christopher Kelly
Jennifer L. Elgin
Wiley Rein LLP
1776 K Street N.W.
Washington, D.C. 20006
Telephone 202-719-7000
Fax 202-719-7049

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of January, 2010, a true and correct copy of the foregoing Notice of Dismissal was sent via first class mail, postage prepaid, to the following:

Cyber2Media, Inc.
Mr. Daniel Negari
8900 West Olympic Blvd., Suite 100
Beverly Hills, CA  92222

John Berryhill, Ph.d., Esq.
4 West Front Street
Media, PA 19063

Oversee.net
Attn.:  President
515 S. Flower Street, Suite 4400
Los Angeles, CA  90071


  /s/ Rebecca L. Saitta
Rebecca Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102
Telephone 703-905-2800
Fax 703-905-2820
rsaitta@wileyrein.com

Counsel for Plaintiff Goodwill Industries International, Inc.

13092367.1